UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08- |
| Plaintiff, | ) | **CR08- 01191** |
| | ) | I N D I C T M E N T |
| v. | ) | |

**CR08- 01191**

2008 OCT -8 PM 4:00
FILED

[18 U.S.C. § 1962(d):
Racketeer Influenced and
Corrupt Organizations
Conspiracy; 18 U.S.C. § 1959:
Violent Crime in Aid of
Racketeering; 18 U.S.C.
§ 924(c)(1)(A)(iii):
Discharge of a Firearm During
and in Relation to a Crime of
Violence; 21 U.S.C.
§ 846: Conspiracy to
Distribute Cocaine; 21 U.S.C.
§§ 841(a)(1): Distribution of
Cocaine; 21 U.S.C.
§§ 841(a)(1), 841(b)(1)(B):
Distribution of Heroin; 18
U.S.C. § 922(d)(1): Sale of a
Firearm to a Prohibited
Person; 26 U.S.C. § 5861(d):
Possession of a Firearm
Destructive Device; 18 U.S.C.
§ 2(a), (b): Aiding and
Abetting and Causing an Act
to be Done; 18 U.S.C.
§ 982(a)(1) and 21 U.S.C.
§ 853(a): Criminal
Forfeiture]

JESUS MARTINEZ,
    aka "Peke,"
    aka "Lil Pac Man,"
JOSE CAMPOVERDE,
    aka "Big Boy,"
FRANCISCO ANTHONY ALCARAZ,
    aka "Stranger,"
PEDRO RENE GARCIA,
    aka "Oso,"
ROBERT MARTINEZ,
    aka "Lil Bullet,"
CARL SAMUEL FLORES,
    aka "Lil Kill,"
IVAN QUEZADA,
    aka "Pac Man,"
FERNANDO MARCO ALCARAZ,
    aka "Lil Stranger,"
OMAR RAMOS,
    aka "Sleepy,"
XAVIER JESUS ALVAREZ,
    aka "Malo,"
OCTAVIO MARIN,
    aka "Lil Tu,"
JOSHUA ALEXANDER RODRIGUEZ,
    aka "Sinner,"
MARTIN MENDEZ,
    aka "Lil Shyboy,"

RD:MA:ma

```
1    JOSE GONZALEZ, JR.,                 )
          aka "Scrappy,"                 )
2    ELSON LEYVA TAPIA,                  )
          aka "Yuyo,"                    )
3    ISMAEL PARRA,                       )
          aka "Ishboo,"                  )
4    MIGUEL PARRA,                       )
          aka "Tripps,"                  )
5    ROBERTO AREBALO AMADOR,             )
          aka "Lil Oso,"                 )
6    SEBASTIAN MARTINEZ                  )
     COVARRUBIAS,                        )
7         aka "Seabass,"                 )
          aka "Sebos,"                   )
8    ENRIQUE MORAN,                      )
          aka "Silent,"                  )
9    HUMBERTO OLVERA,                    )
          aka "Danger,"                  )
10   ALFREDO ORNELAS,                    )
          aka "Capone,"                  )
11   ARIEL RANGEL COLON, JR.,            )
          aka "Huero,"                   )
12   BRIAN JASSO ORTIZ,                  )
          aka "Villain,"                 )
13   JOSE PEDRO ZAVALA,                  )
          aka "Looney,"                  )
14        aka "Shy,"                     )
     EDWIN ORLANDO BAY,                  )
15   JESSE GARZA PEREZ,                  )
          aka "Chili Red,"               )
16   and                                )
     ALEJANDRO GONZALEZ,                 )
17        aka "Stilo,"                   )
                                         )
18   _____Defendants._____)

19

20

21

22

23

24

25

26

27

28
```

2

The Grand Jury charges:

COUNT ONE

(Racketeering Conspiracy)

[18 U.S.C. § 1962(d)]

GENERAL ALLEGATIONS

At all relevant times:

1.    Defendants JESUS MARTINEZ, also known as ("aka")
"Peke," aka "Lil Pac Man," JOSE CAMPOVERDE, aka "Big Boy,"
FRANCISCO ANTHONY ALCARAZ, aka "Stranger," PEDRO RENE GARCIA, aka
"Oso," ROBERT MARTINEZ, aka "Lil Bullet," CARL SAMUEL FLORES, aka
"Lil Kill," IVAN QUEZADA, aka "Pac Man," FERNANDO MARCO ALCARAZ,
aka "Lil Stranger," OMAR RAMOS, aka "Sleepy," XAVIER JESUS
ALVAREZ, aka "Malo," OCTAVIO MARIN, aka "Lil Tu," JOSHUA
ALEXANDER RODRIGUEZ, aka "Sinner," MARTIN MENDEZ, aka "Lil Shy
Boy," JOSE GONZALEZ, JR., aka "Scrappy," ELSON LEYVA TAPIA, aka
"Yuyo," ISMAEL PARRA, aka "Ishboo," MIGUEL PARRA, aka "Tripps,"
ROBERTO AREBALO AMADOR, aka "Lil Oso," and SEBASTIAN MARTINEZ
COVARRUBIAS, aka "Seabass," aka "Sebos," and others known and
unknown to the Grand Jury, were members and associates of an
organization engaged in, among other things, murder, attempted
murder, conspiracy to commit murder, conspiracy to distribute
narcotics, distribution of narcotics, and robbery.  At all
relevant times, this organization was known as the "Eastside
Gang" (hereinafter also sometimes referred to as the "ES," or
when referring to a sub-clique, "ES" followed by the name of the
relevant sub-clique), operated in City of Santa Barbara, within
the Central District of California, and elsewhere.

2.    The Eastside Gang was a criminal street gang that was formed in or about the late 1980's and claimed as its "territory" or "turf" the geographical area roughly between State Street to the West, Alameda Padre Sierra to the East, Anapamu Street to the North, and Cabrillo Boulevard to the South, within the city of Santa Barbara, California.    The Eastside Gang was organized into sub-cliques that reported to a common leadership.    Four of the sub-cliques were: the "Krazies," the "Traviesos," the "Familia," and "The Gang," each of which, among other things, ascribed to the same rules and reported to the same leadership, and each of which was aligned against rival gangs to carry out the affairs of the Eastside Gang.    The Eastside Gang had several hundred members and associates.

3.    The Eastside Gang, including its leaders, members, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter, the "Enterprise"), that is, a group of individuals associated-in-fact.    The Enterprise engaged in, and its activities affected, interstate and foreign commerce.    The Enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise.

BACKGROUND AND RULES OF THE EASTSIDE GANG

4.    The Eastside Gang was nearly exclusively comprised, and recruited from a base, of Hispanic males.    ES members and associates typically ranged in age from 11 to older than 30.    The ES had a hierarchy whereby older members, members who had

4

committed serious offenses, and members involved in narcotics
trafficking could direct or control many of the activities of
younger members and associates.  ES activities did not, however,
always resulted from directions given by older members.  Instead,
some ES activities, as more fully alleged herein, result from
members' compliance with ES rules that included, but were not
limited to, ensuring the protection and expansion of ES territory
by attacking individuals whom ES members and associates believed
were not, for whatever reason, allied with the ES, or who were
simply perceived at the moment as an opportunity victim, i.e., a
victim against whom a criminal offense might be committed in
order to promote or maintain the power or stature of an ES
member.  ES activities that also resulted from ES members'
compliance with ES rules included, among other things, "cruising"
to rival gang territory to attack rival gang members, including
perceived members or associates of the Westside Gang (hereinafter
the "Westside Gang," or "WS"), a street gang that claimed as its
territory or turf certain residential and commercial areas west
of State Street in the city of Santa Barbara, California.
"Cruising" was a frequent ES activity whereby ES members arm
themselves with an array of deadly weapons, including knives,
baseball bats, and pipes, and drove in groups to Westside Gang
territory to attack WS members or associates.

    5.    ES rules demanded that ES members be vigilant to the
presence of individuals whom such members believed were not known
to be members or associates of the gang.  ES rules required that
ES members attack individuals who may intentionally or

inadvertently attempted to enter territory controlled by the ES, including individuals who may have entered ES territory to shop in stores or restaurants claimed as ES turf, or who may simply be traveling through ES-claimed territory. ES members who carried out such attacks maintained and promoted their roles within the ES, and ES member prospects gained acceptance and power within the ES by carrying out such attacks early in their tenure as ES members. ES members frequently questioned their targets just prior to attacking them by posing a rhetorical question to feign interest in the intended victim, such as "where [are] you from," as if to inquire of the potential victim's gang affiliation, whether or not the ES interrogator has knowledge of the victim's gang affiliation, if any. The ES was hostile to the presence of African-Americans in ES territory. As part of ES rules, ES members frequented certain locations that the ES claimed as its territory, including privately owned businesses and public recreation facilities frequented by non-gang affiliated customers and members of the general public. ES members' roles within the ES were promoted and maintained where ES members harassed or attacked non-gang affiliated individuals who used these businesses or facilities.

6. ES gang members generally identified one another through unique monikers and through the use of common hand gestures or gang "signs." Thus, using their hands, ES members typically would "throw" or display certain letters, such as, "E" and "S" (for ES) or "K" (for the sub-clique ES "Krazies"). Members frequently wore shirts printed with the word "Eastside" or similar ES-related verbiage. Gang tattoos, gang names, and

6

slogans were also used to identify members and territory controlled by the gang.  The ES also used spray-painting, or "tagging," to demonstrate ES control of an area against rival gang members and the local community or to harass rival gang members when such tagging was done on rival gang turf.  Gang tagging frequently appeared on street signs, walls, and buildings, both public and private, and on private residences in the areas controlled by the gang as well as in rival gang territory.  Rival gang members risked personal attack from the gang if they attempt to "tag" within ES-controlled territory.  ES members and associates displayed and demonstrated their loyalty to the ES by posting pictures of themselves showing ES tattoos, logos, hand signs, and code, and communicated with ES members and associates about ES business, by using the Internet social networking service known as "MySpace."  ES members and associates also demonstrated their loyalty to the ES and delivered its messages of violence and intimidation to rival gangs and to law enforcement authorities in rap music videos and recordings.

7.   ES members frequently were armed with a variety of knives, including switchblades and "gravity knives" that may have contained a 4" or larger steel blade that was retracted in a handle and accessed to full extension by a quick flick of the wrist.  ES members also maintained a ready supply of butcher and kitchen knives, baseball bats, and pipes, and had access to firearms, in order to enforce the authority of the ES gang.  ES firearms typically were stolen or unregistered, so that the use of the weapons could not be readily connected to the gang member who either used the weapon or maintained it.

7

8.    The ES controlled the activities of its members and enforced its authority and internal discipline by assaulting and threatening its own members or others who would present a threat to the Enterprise.

9.    ES members recruited and initiated juveniles to join the ES and directed them to commit criminal acts on behalf of the gang or to prove their worthiness to become members of the ES. Prospective members were typically "jumped in" to the gang.  This initiation process ordinarily required that the prospect was physically beaten by senior, established members of the gang. Once in the gang, new members must "put in work" on behalf of the gang to promote their role and gain further acceptance within the gang.  Such "work" may include tagging as well as participating in and committing violent criminal offenses.  ES members also ascribed to a general understanding that respect within the gang may come from committing criminal acts even if such acts are not directed by seniors.  Thus, for example, an ES member may rise in gang stature and power by voluntarily committing criminal acts, including criminal acts that are not directed toward rival gangs, so long as such acts do not bring unnecessary scrutiny by law enforcement.

10.    Although the ES did not generally permit females to become members, female associates existed and supported ES activities in a number of ways, including such as by facilitating or providing sanctuary for ES members to meet to discuss ES business and by driving ES members to "cruise" in search of rival gang victims.  Female associates participated in communicating ES business between ES members, including facilitating "three-way"

8

1  communications via telephone or mail between an incarcerated ES
2  member and other ES members.

3      11.    The Eastside Gang was loyal and subservient to the
4  "Mexican Mafia," also known as "La Eme" or "Eme." ES members,
5  oftentimes in prison where they have access to contact with
6  incarcerated members of the Eme, directed ES members on the
7  outside to comply with Eme directives at the risk of retribution.

8      12.    ES members also frequently intimidated, threatened,
9  and assaulted persons in the area as a means to intimidate and
10 control the people in their neighborhoods, including potential
11 witnesses who would testify in court about their crimes.  ES
12 crimes typically ranged from personal attacks, including hate
13 crimes against African-Americans, to attacks against property.

14                  PURPOSES OF THE ENTERPRISE

15     13.    The purposes of the Eastside Gang, including its sub-
16 cliques, included, but were not limited to, the following:

17         a.    Maintaining the control and authority of the
18 Eastside Gang over Eastside Gang territory or turf;

19         b.    Preserving, protecting, and expanding the power of
20 the Eastside Gang through the use of violence, intimidation,
21 narcotics distribution, and threats of violence and intimidation;
22 and

23         c.    Promoting and enhancing the individual authority
24 of Eastside Gang members and associates.

25         ROLES OF THE DEFENDANTS AND MEANS, METHODS,
26         ORGANIZATIONAL STRUCTURE, OPERATION, AND
27              MANAGEMENT OF THE ENTERPRISE

28     14.    The defendants and other persons employed by and

9

associated with the Enterprise functioned in the following roles, and the Enterprise was organized, structured, operated, and managed by the following means and methods:

a.    Defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," JOSE CAMPOVERDE, aka "Big Boy," FRANCISCO ANTHONY ALCARAZ, aka "Stranger," and PEDRO RENE GARCIA, aka "Oso," and others known and unknown to the Grand Jury, occupied the roles of senior members or "shot callers" whose authority was to be respected by other members.  Such members would be responsible for interfacing with the Eme and with communicating orders from the Eme to other ES members.  Such members would police ES activities and direct and advise other ES members about the consequences of ES actions and that actions adverse to the ES would be met with sanctions.

b.    Defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," ELSON LEYVA TAPIA, aka "Yuyo," ISMAEL PARRA, aka "Ishboo," ROBERT MARTINEZ, aka "Lil Bullet," and MIGUEL PARRA, aka "Tripps," and others known and unknown to the Grand Jury, were involved in narcotics distribution and also supplied narcotics to members and associates of the ES.  As narcotics distributors, these defendants received respect by other ES members and associates.

c.    Defendants OMAR RAMOS, aka "Sleepy," XAVIER JESUS ALVAREZ, aka "Malo," ROBERT MARTINEZ, aka "Lil Bullet," MARTIN MENDEZ, aka "Lil Shyboy," OCTAVIO MARIN, aka "Lil Tu," JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," IVAN QUEZADA, aka "Pac Man," FERNANDO MARCO ALCARAZ, aka "Lil Stranger," CARL SAMUEL FLORES, aka "Lil Kill," JOSE GONZALEZ, JR., aka "Scrappy," ROBERTO AREBALO AMADOR, aka "Lil Oso," and SEBASTIAN MARTINEZ

10

COVARRUBIAS, aka "Seabass," aka "Sebos," and others known and
unknown to the Grand Jury, were ES members who carried out the
directives of ES senior members or shot callers as well as served
as enforcers of ES rules and the protectors of ES territory.

## THE RACKETEERING CONSPIRACY

15.    Beginning at a time unknown to the Grand Jury, but at
least as early as August 1993, and continuing until on or about
October 8, 2008, in the city of Santa Barbara, within the Central
District of California, and elsewhere, defendants JESUS MARTINEZ,
also known as ("aka") "Peke," aka "Lil Pac Man," JOSE CAMPOVERDE,
aka "Big Boy," FRANCISCO ANTHONY ALCARAZ, aka "Stranger," PEDRO
RENE GARCIA, aka "Oso," ROBERT MARTINEZ, aka "Lil Bullet," CARL
SAMUEL FLORES, aka "Lil Kill," IVAN QUEZADA, aka "Pac Man,"
FERNANDO MARCO ALCARAZ, aka "Lil Stranger," OMAR RAMOS, aka
"Sleepy," XAVIER JESUS ALVAREZ, aka "Malo," OCTAVIO MARIN, aka
"Lil Tu," JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," MARTIN
MENDEZ, aka "Lil Shy Boy," JOSE GONZALEZ, JR., aka "Scrappy,"
ELSON LEYVA TAPIA, aka "Yuyo," ISMAEL PARRA, aka "Ishboo," MIGUEL
PARRA, aka "Tripps," ROBERTO AREBALO AMADOR, aka "Lil Oso," and
SEBASTIAN MARTINEZ COVARRUBIAS, aka "Seabass," aka "Sebos," and
others known and unknown to the Grand Jury, being persons
employed by and associated with the Enterprise described above,
which Enterprise was engaged in, and the activities of which
affected, interstate and foreign commerce, did knowingly and
willfully conspire and agree with each other and with other
persons known and unknown to the Grand Jury, to violate Title 18,
United States Code, Section 1962(c), that is, to conduct and
participate, directly and indirectly, in the conduct of the

11

affairs of the Enterprise through a pattern of racketeering

activity as that term is defined in Title 18, United States Code,

Sections 1961(1) and 1961(5), consisting of multiple acts

involving murder, in violation of California Penal Code Sections

32, 182, 187, 189, and 664; robbery, in violation of California

Penal Code Section 211; and multiple acts involving narcotics

trafficking, in violation of Title 21, United States Code,

Sections 841(a)(1) and 846.

16.   It was part of the conspiracy that each defendant

agreed that at least two acts of racketeering activity would be

committed by a conspirator in the conduct of the affairs of the

Enterprise.

OVERT ACTS

In furtherance of the racketeering conspiracy, and to effect

the objects thereof, the defendants and their co-conspirators

committed and caused to be committed the following overt acts,

among others, on or about the following dates, in the Central

District of California, and elsewhere:

1.   On or about August 30, 1993, an unindicted co-

conspirator attempted to murder T.D.L.M. with a handgun.

2.   On or about November 6, 1996, an unindicted co-

conspirator assaulted A.L.

3.   On or about January 25, 1997, defendant XAVIER JESUS

ALVAREZ, aka "Malo," possessed a military assault knife.

4.   On or about April 7, 1997, an unindicted co-conspirator

was involved in the shooting of a vehicle occupied by WS members.

5.   On or about April 7, 1997, an unindicted co-conspirator

advised Officer Miller that he was a member of the ES and had

1  been jumped in seven months earlier.

2      6.    In or about January 1998, an unindicted co-conspirator

3  spray painted ES-related graffiti on public and private buildings

4  in Santa Barbara to earn respect within the ES.

5      7.    On or about December 15, 2000, an unindicted co-

6  conspirator threatened J.C. with a knife while rhetorically

7  asking "where [are] you from?"

8      8.    On or about September 26, 2001, two unindicted co-

9  conspirators assaulted J.B. with a chair and stereo equipment.

10     9.    On or about December 17, 2001, defendant ISMAEL PARRA,

11 aka "Ishboo," possessed two knives and a baseball bat in his car.

12     10.    On or about April 27, 2002, an unindicted co-

13 conspirator possessed a stolen Glock .45 caliber semi-automatic

14 pistol, s/n AEV397, loaded with 13 live rounds of ammunition.

15     11.    On or about January 29, 2003, defendant FRANCISCO

16 ANTHONY ALCARAZ, aka "Stranger," advised Officer Feller that he

17 (Alcaraz) had been jumped into the ES two years earlier and that

18 he (Alcaraz) was a "gangster for life."

19     12.    On or about January 30, 2003, defendant SEBASTIAN

20 MARTINEZ COVARRUBIAS, aka "Seabass," aka "Sebos," possessed a

21 pair of chrome-plated brass knuckles.

22     13.    On or about February 14, 2003, defendant JOSE

23 GONZALEZ, aka "Scrappy," advised Officer Kushner, while present

24 with defendants JOSE CAMPOVERDE, aka "Big Boy, MARTIN MENDEZ, aka

25 "Lil Shy Boy," and an unindicted co-conspirator, that he

26 (Gonzalez) was associated with the ES and used the moniker

27 "Scrappy."

28     14.    On or about March 14, 2003, an unindicted co-

13

1  conspirator advised Officer Feller during booking that he was a

2  member of the ES, had been jumped in twice, and, as a result, had

3  a higher status within the ES.

4     15.  On or about May 10, 2003, defendant MIGUEL PARRA, aka

5  "Tripps," advised Officer Kushner that he (Parra) had been

6  "backing" the ES.

7     16.  On or about May 14, 2003, defendant ROBERT MARTINEZ,

8  aka "Lil Bullet," tagged "East Side" and "187 on the Weak Side"

9  on the sidewalk in front of the El Puente School in Santa

10 Barbara.

11    17.  On or about July 10, 2003, an unindicted co-

12 conspirator possessed a folding knife while on probation for a

13 felony conviction for assault with a deadly weapon.

14    18.  On or about October 22, 2003, two unindicted co-

15 conspirators attempted to kill D.N., C.H., and R.C., by shooting

16 at them across a street on which were traveling several vehicles.

17    19.  On or about October 24, 2003, defendant ISMAEL PARRA,

18 aka "Ishboo," advised jail personnel that he was a member of the

19 ES.

20    20.  On or about October 28, 2003, an unindicted co-

21 conspirator advised Officer Viera that he was a member of the ES

22 Traviesos, used the moniker "Lil Cisco," and had been jumped in

23 to the ES.

24    21.  On or about January 14, 2004 defendant JOSE GONZALEZ,

25 JR., aka "Scrappy," and other ES members threatened several

26 females who were friends of WS members.

27    22.  On or about January 14, 2004, defendant JOSE GONZALEZ,

28 JR., aka "Scrappy," advised Officer Kushner that he (Gonzalez)

had "backed up" the ES Traviesos for one year, and that he used the moniker "Scrappy."

23.    On or about January 21, 2004, defendant OCTAVIO MARIN, aka "Lil Tu," obstructed an investigation regarding a rival gang fight by, among other things, telling police officers, "fuck you, cop.  I'll kick your ass.  Come on bitch, I'll fuck you up right now."

24.    On or about January 23, 2004, an unindicted co-conspirator told Officer Brown that he had been putting in work for the ES Traviesos for approximately one year, and that his moniker was "Capone."

25.    On or about March 7, 2004, defendant ROBERTO AREBALO AMADOR, aka "Lil Oso," yelled "Eastside Traviesos, down with the Westside" while at a party.

26.    On or about April 16, 2004, an unindicted co-conspirator advised Officer Feller that he had been a member of the ES for four years, and demonstrated for Officer Feller the ES hand sign.

27.    On or about May 7, 2004, an unindicted co-conspirator spray painted "VES" ("Vario Eastside") over WS graffiti on the Franklin Center in Santa Barbara.

28.    On or about July 14, 2004, defendant SEBASTIAN MARTINEZ COVARRUBIAS, aka "Seabass," aka "Sebos," advised Officer Kushner that he (Covarrubias) was a member of the ES but had not been jumped in, and displayed an "East" tattoo.

29.    On or about July 16, 2004, several unindicted co-conspirators attempted to kill D.S.

30.    On or about August 2, 2004, unindicted co-conspirators

1  attempted to kill A.M. and B.R.

2       31.   In or about September 2004, defendant PEDRO RENE

3  GARCIA, aka "Oso," advised other ES members that he would be

4  collecting taxes for narcotics sales.

5       32.   In or about September 2004, defendant PEDRO RENE

6  GARCIA, aka "Oso," advised a confidential informant that there

7  had been an ES meeting in which defendant GARCIA stated that he

8  (Garcia) would be collecting taxes for narcotics sales.

9       33.   On or about October 3, 2004, an unindicted co-

10 conspirator challenged K.M. to a fight while the unindicted co-

11 conspirator was in the presence of other ES members, by stating

12 "what up, nigger, what do you want to do?"

13      34.   On or about October 7, 2004, an unindicted co-

14 conspirator refused to permit officers to enter the residence of

15 defendant ROBERT MARTINEZ, aka "Lil Bullet," and two unindicted

16 co-conspirators, in order to prevent officers from obtaining

17 evidence of gang conduct.

18      35.   On or about October 30, 2004, defendant PEDRO RENE

19 GARCIA, aka "Oso," claimed to Det. Rullman that he (Garcia) was a

20 member of the ES Traviesos while challenging Det. Rullman and

21 other officers to fight by stating, "I will kill you fucking

22 pussies."

23      36.   On or about December 14, 2004, an unindicted co-

24 conspirator possessed three baseball bats in the trunk of his car

25 while cruising to retaliate on behalf of the ES against WS

26 members.

27      37.   On or about December 14, 2004, defendant ARIEL RANGEL

28 COLON, JR., aka "Huero," possessed a gravity knife.

38.   On or about February 2, 2005, an unindicted co-conspirator painted the letters "ESTRS" on a wall at Santa Barbara Junior High School.

39.   On or about March 6, 2005, defendant SEBASTIAN MARTINEZ COVARRUBIAS, aka "Shy Boy," and an unindicted co-conspirator possessed metal pipes during an assault.

40.   On or about March 22, 2005, an unindicted co-conspirator possessed a knife at a grade school.

41.   On or about March 23, 2005, an unindicted co-conspirator possessed a tire iron and an approximately three-foot stick with the letters "TRS" written on it.

42.   On or about March 23, 2005, an unindicted co-conspirator advised Officer Kushner that he had been a member of the ES Traviesos for five years, that he had been jumped in, and that he had jumped in his brother by kicking him in the stomach while other ES members beat his brother.

43.   On or about March 24, 2005, an unindicted co-conspirator was cruising with other ES members in possession of narcotics and a firearm.

44.   On or about March 24, 2005, an unindicted co-conspirator told Officer Brown that he had been jumped in to the ES one year earlier.

45.   On or about April 20, 2005, defendant IVAN QUEZADA, aka "Pac Man," advised Det. Siegel that he (Quezada) had been jumped in to the ES three years earlier.

46.   On or about May 26, 2005, defendant ARIEL RANGEL COLON, JR., aka "Huero," possessed a gravity knife.

47.   On or about May 27, 2005, an unindicted co-conspirator

17

attempted to stab high school student J.S. at a Jack-in-the-Box restaurant.

48.    On or about June 24, 2005, defendant ARIEL RANGEL COLON, JR., aka "Huero," possessed a knife.

49.    On or about June 29, 2005, defendant IVAN QUEZADA, aka "Pac Man," possessed a gravity knife.

50.    On or about July 5, 2005, an unindicted co-conspirator told Officer Feller that he had been jumped in by several ES members approximately three years earlier, and that his moniker was "Risky."

51.    On or about August 2, 2005, defendant MARTIN MENDEZ, aka "Lil Shy Boy," and an unindicted co-conspirator distributed crystal methamphetamine.

52.    On or about August 25, 2005, defendants FRANCISCO ANTHONY ALCARAZ, aka "Stranger," IVAN QUEZADA, aka "Pac Man," and JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," attempted to kill C.A.N.

53.    On or about October 13, 2005, an unindicted co-conspirator possessed a knife and baseball bats.

54.    On or about October 20, 2005, defendant MARTIN MENDEZ, aka "Lil Shy Boy," distributed methamphetamine.

55.    On or about October 26, 2005, an unindicted co-conspirator possessed a knife.

56.    On or about November 9, 2005, an unindicted co-conspirator spray painted, "Fuck the Carpas" and "Fuck the Westside" on the sidewalk in front of the El Puente School in Santa Barbara in order to put in work for the ES.

57.    On or about November 9, 2005, defendant ARIEL RANGEL

18

1  COLON, JR., aka "Huero," spray-painted ES-related symbols on a
2  building wall on E. Gutierrez St. in Santa Barbara in order to
3  put in work for the ES.

4       58.  On or about November 30, 2005, an unindicted co-
5  conspirator possessed an approximately one and one-half foot long
6  baseball bat covered in electrical tape with ES writings on it.

7       59.  On or about December 28, 2005, an unindicted co-
8  conspirator scrawled "Klumzy ESK" on a police station interview
9  room wall.

10      60.  On or about February 1, 2006, defendant FRANCISCO
11 ANTHONY ALCARAZ, aka "Stranger," possessed a gravity knife.

12      61.  On or about February 1, 2006, defendants FRANCISCO
13 ANTHONY ALCARAZ, aka "Stranger," OCTAVIO MARIN, aka "Lil Tu,"
14 JOSE GONZALES, JR., aka "Scrappy," and JOSE CAMPOVERDE, aka "Big
15 Boy," harassed customers at the Pennywise Market.

16      62.  Cn or about February 10, 2006, defendants FRANCISCO
17 ANTHONY ALCARAZ, aka "Stranger," and JOSE CAMPOVERDE, aka "Big
18 Boy," possessed a stolen 9mm handgun, namely a Ruger P95, serial
19 number 315-03439.

20      63.  On or about February 16, 2006, an unindicted co-
21 conspirator possessed two shotguns, shotgun shells, and a box of
22 9mm ammunition.

23      64.  On or about February 21, 2006, defendant OCTAVIO
24 MARIN, Jr., aka "Lil Tu," advised Detective Siegel that he
25 (Marin) used the moniker "Tu" while he (Marin) and Detective
26 Siegel were in the presence of other ES members.

27      65.  On or about April 13, 2006, defendants JOSE
28 CAMPOVERDE, aka "Big Boy," JOSHUA ALEXANDER RODRIGUEZ, aka

19

"Sinner," JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and
ARIEL RANGEL COLON, JR., aka "Huero," attempted to kill J.W.D.

66.    On or about July 11, 2006, an unindicted co-
conspirator possessed with intent to distribute approximately 4.3
grams of methamphetamine.

67.    On or about October 5, 2006, defendant OMAR RAMOS, aka
"Sleepy," advised Officer Kushner that he (Ramos) was an ES
member, and that he had been jumped in to the ES at age 13.

68.    On or about December 17, 2006, defendant JOSE
GONZALEZ, JR., aka "Scrappy," and an unindicted co-conspirator
attacked several individuals with bats and metal poles at an
apartment complex adjacent to the University of California at
Santa Barbara.

69.    On or about December 22, 2006, an unindicted co-
conspirator posted on his MySpace Internet social networking site
page a photograph of himself "throwing" an ES hand sign and a
statement identifying himself by his ES moniker, "Bugsy."

70.    On or about December 22, 2006, an unindicted co-
conspirator hosted a MySpace page in which he displayed an ES
tattoo and ES hand signs.

71.    On or about December 22, 2006, an unindicted co-
conspirator posted on his MySpace page a photograph of himself
"throwing" the Eastside Gang hand sign, and a statement
identifying himself by his ES moniker "Bugsy."

72.    On or about December 28, 2006, defendant JOSE
GONZALEZ, JR., aka "Scrappy," possessed ES-related drawings and
notes.

73.    On or about January 31, 2007, defendant OMAR RAMOS,

20

aka "Sleepy," possessed ES-related drawings.

74.    On or about February 15, 2007, defendants IVAN QUEZADA, aka "Pac Man," and FRANCISCO ANTHONY ALCARAZ, aka "Lil Stranger," were intoxicated in public and in violation of parole and probation terms that prohibited gang association.

75.    On or about March 14, 2007, approximately 20 ES members met at Ortega park to plan an attack on WS members.

76.    On or about March 14, 2007, an unindicted co-conspirator killed rival gang member A.L.

77.    On or about March 18, 2007, ES members attacked a rival "Carpas" gang member in front of a Trader Joe's store in Santa Barbara.

78.    On or about April 13, 2007, defendant MIGUEL PARRA, aka "Tripps," possessed a knife.

79.    On or about April 20, 2007, an unindicted co-conspirator advised Officer Kushner that he was associated with the ES, and that he used the moniker "Bugsy."

80.    On or about May 3, 2007, an unindicted co-conspirator advised Officer Gonzalez that he was associated with the ES, and showed Officer Gonzalez his shirt on which was written the ES-related code "ESX3."

81.    On or about May 5, 2007, defendant OCTAVIO MARIN, Jr., aka "Lil Tu," advised Officer Feller that he (Marin) had claimed ES for several years, and displayed for Officer Feller ES hand signs "E," "S," and "T."

82.    On or about May 10, 2007, defendant OMAR RAMOS, aka "Sleepy," advised Officer Gonzales that he had been in a fight

21

1  with an individual who disrespected him (Ramos) and that he

2  (Ramos) had backed up the ES since being jumped in.

3      83.    On or about May 18, 2007, an unindicted co-conspirator

4  advised defendant ROBERT MARTINEZ, aka "Lil Bullet," to tell

5  other ES members not to discuss any facts regarding the stabbing

6  of WS member L.C. with the police, and that ES members should not

7  attend any court hearings related to the case.

8      84.    On or about May 25, 2007, defendant ROBERTO AREBALO

9  AMADOR, aka "Lil Oso," vandalized the Pennywise Market by writing

10  ES graffiti "V ES TRS x3 LIL OSO" on the front door of the

11  Pennywise Market.

12      85.    On or about May 30, 2007, an unindicted co-conspirator

13  attempted to kill A.M.D.

14      86.    On or about June 6, 2007, defendant OCTAVIO MARIN,

15  Jr., aka "Lil Tu," displayed ES hand signs while present at the

16  Franklin Center in Santa Barbara with defendants JOSE GONZALES,

17  JR., aka "Scrappy," and OMAR RAMOS, aka "Sleepy," and an

18  unindicted co-conspirator.

19      87.    On or about June 12, 2007, ES members were involved in

20  a fight with WS members at Rusty's Pizza Parlor in Santa Barbara.

21      88.    On or about June 15, 2007, defendant PEDRO RENE

22  GARCIA, aka "Oso," advised Officer Feller that he (Garcia) was a

23  member of ES, and GARCIA stated that "I'm in it for life."

24      89.    On or about June 28, 2007, defendant OMAR RAMOS, aka

25  "Sleepy," and unindicted co-conspirators attempted to kill R.O.

26      90.    On or about July 4, 2007, defendant OCTAVIO MARIN, aka

27  "Lil Tu," assaulted an adult male who was not affiliated with any

28  gang because defendant MARIN was angry.

91.   On or about July 4, 2007, several ES members and several WS members gathered at a public fountain on a beach in Santa Barbara to challenge each other to fight.

92.   On or about July 16, 2007, unindicted co-conspirators met and planned to kill rival gang member L.C.

93.   On or about July 16, 2007, an unindicted co-conspirator killed rival gang member L.C.

94.   On or about July 27, 2007, defendant ELSON LEYVA TAPIA, aka "Yuyo," possessed with intent to distribute cocaine.

95.   On or about July 31, 2007, defendant IVAN QUEZADA, aka "Pac Man," was found with ES members, in violation of defendant QUEZADA'S anti-gang association parole term.

96.   On or about August 5, 2007, an unindicted co-conspirator vandalized private and public property by spray painting ES-related graffiti.

97.   On or about August 10, 2007, defendant JESUS MARTINEZ, aka "Peke," aka Pac Man," offered to sell methamphetamine to a confidential informant.

98.   On or about August 28, 2007, defendant PEDRO RENE GARCIA, aka "Oso," advised Officer Washington that he (Garcia) had the resources to carry out a retaliatory attack against the WS following an assault on defendant ROBERTO AREBALO AMADOR, aka "Lil Oso."

99.   On or about August 29, 2007, defendant PEDRO RENE GARCIA, aka "Oso," approved of an ES attack against rival members of the Westside Destroyers gang and offered to sell methamphetamine to a confidential informant.

100.    On or about September 29, 2007, defendant ROBERT MARTINEZ, aka "Lil Bullet," and unindicted co-conspirators possessed a metal pipe and heavy wooden stick.

101.    On or about October 11, 2007, an unindicted co-conspirator participated in a MySpace message exchange in which he stated "Yea ima krazie," and another Eastside Gang member stated "living the barrio ESK for life right . . . in and way out of a box rite . . . ."

102.    On or about October 14, 2007, defendant MARTIN MENDEZ, aka "Lil Shy Boy," attempted to kill R.H.

103.    On or about November 4, 2007, an unindicted co-conspirator participated in a MySpace message exchange in which he accused an individual of being a "fucking rat" and the individual responded that the unindicted co-conspirator was wrong because there was "paperwork" to the contrary.

104.    On or about November 4, 2007, defendant ROBERT MARTINEZ, aka "Lil Bullet," painted ES graffiti on his neighbor's fence.

105.    On or about November 7, 2007, an unindicted co-conspirator requested that an ES member advise him about gang activities.

106.    On or about November 12, 2007, defendants ROBERTO AREBALO AMADOR, aka "Lil Oso," and OMAR RAMOS, aka "Sleepy," and two unindicted co-conspirators, attempted to kill A.A.-R.

107.    On or about November 12, 2007, defendants XAVIER ALVAREZ, aka "Malo," and an unindicted co-conspirator attempted to kill M.M. and A.M.

24

108.   On or about November 15, 2007, defendants FRANCISCO ANTHONY ALCARAZ, aka "Stranger," and an unindicted co-conspirator attempted to kill John Doe.

109.   On or about November 15, 2007, an unindicted co-conspirator robbed C.M.

110.   On or about November 15, 2007, defendants FRANCISCO ANTHONY ALCARAZ, aka "Stranger," and OCTAVIO MARIN, aka "Lil Tu," and two unindicted co-conspirators cruised an area controlled by the Westside Gang in search of a WS member to assault.

111.   On or about November 15, 2007, an unindicted co-conspirator advised another unindicted co-conspirator that an unindicted co-conspirator was engaged in ES activities while in custody at Soledad Prison.

112.   On or about November 30, 2007, an unindicted co-conspirator possessed a large screwdriver during an altercation with a motorist.

113.   On or about November 30, 2007, an unindicted co-conspirator threw a loaded handgun out of a vehicle in which he was traveling with other unindicted co-conspirators while being chased by police during a high-speed pursuit.

114.   In or about December 2007, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," advised a confidential informant that he (Martinez) could supply cocaine and methamphetamine.

115.   On or about December 22, 2007, defendants OCTAVIO MARIN, aka "Lil Tu," and FERNANDO MARCO ALCARAZ, aka "Lil Stranger," and two unindicted co-conspirators were cruising an area controlled by the Westside Gang in possession of an approximately 14" butcher knife.

116.    In or about January 2008, an unindicted co-conspirator directed ES members to stop assaulting WS members and associates in the presence of their families, so as not to cause the Mexican Mafia to authorize sanctions against the ES.

117.    On or about January 25, 2008, an unindicted co-conspirator told another unindicted co-conspirator that defendant ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator had jumped in a new ES member.

118.    On or about January 26, 2008, two unindicted co-conspirators discussed an ES attack on WS members in which ES members had asked "where they [WS members] were from" before attacking.

119.    On or about January 29, 2008, two unindicted co-conspirators discussed "checking" (assaulting) an ES member and the need to carry out the violence and intimidation referred to in an ES rap music recording.

120.    On or about January 29, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and an unindicted co-conspirator discussed acquiring quantities of narcotics and checking MySpace pages.

121.    On or about January 29, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a confidential informant discussed the distribution of cocaine by defendant JESUS MARTINEZ.

122.    On or about January 30, 2008, unindicted co-conspirators discussed an ES attack by an unindicted co-conspirator at a Taco Bell restaurant in Santa Barbara.

26

123.   On or about January 30, 2008, two unindicted co-conspirators discussed monitoring police activity using a scanner.

124.   On or about January 31, 2008, defendant SEBASTIAN MARTINEZ COVARRUBIAS, aka "Sebos," aka "Seabass," told an unindicted co-conspirator that he (Covarrubias) wanted to meet and go out "gangster cruisin'" but, before that, he (Covarrubias) wanted to meet to "blaze" (smoke marijuana).

125.   On or about January 31, 2008, defendant SEBASTIAN MARTINEZ COVARRUBIAS, aka "Sebos," aka "Seabass," and an unindicted co-conspirator discussed whether an individual who claimed ES membership should have attacked an unindicted co-conspirator for disrespecting the ES.

126.   On or about January 31, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," agreed to meet with a confidential informant to discuss supplying cocaine to the confidential informant.

127.   On or about January 31, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and an unindicted co-conspirator met a confidential informant to discuss supplying cocaine to the confidential informant.

128.   On or about January 31, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and MIGUEL PARRA, aka "Tripps," and an unindicted co-conspirator met to deliver cocaine to a confidential informant.

129.   On or about January 31, 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator discussed supplying cocaine to a confidential informant.

130.   On or about January 31, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and MIGUEL PARRA, aka "Tripps," and an unindicted co-conspirator met and planned to distribute cocaine.

131.   On or about January 31, 2008 defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," ROBERT MARTINEZ, aka "Lil Bullet," and ELSON LEYVA TAPIA, aka "Yuyo," met and planned to distribute cocaine.

132.   On or about January 31, 2008, defendant ELSON LEYVA TAPIA, aka "Yuyo," distributed approximately 13.2 grams of a mixture or substance containing cocaine.

133.   On or about February 2, 2008, two unindicted co-conspirators assaulted R.D. in a Jack-in-the-Box restaurant on Milpas Street in Santa Barbara.

134.   On or about February 5, 2008, defendant OCTAVIO MARIN, Jr., aka "Lil Tu," possessed a gravity knife.

135.   On or about February 8, 2008, defendant OMAR RAMOS, aka "Sleepy," advised Officer Miller that he (Ramos) had been jumped into the ES six to seven years ago, and defendant RAMOS possessed a gravity knife.

136.   On or about February 13, 2008, an unindicted co-conspirator posted on his MySpace page the statement "E's up hoes down."

137.   On or about February 13, 2008, defendant MIGUEL PARRA, aka "Tripps," posted a MySpace page in which he was pictured throwing ES hand signs next to the word "Eastside," and under the title of his page stating, "ESTRS/fUcK ThE woRld."

138.    On or about February 20, 2008, an unindicted co-conspirator possessed a loaded 9mm pistol magazine and 9mm live rounds.

139.    On or about February 20, 2008, an unindicted co-conspirator possessed drawings and photographs relating to the ES.

140.    On or about February 22, 2008, defendant FERNANDO MARCO ALCARAZ, aka "Lil Stranger," possessed a folding knife.

141.    On or about February 22, 2008, defendant FERNANDO MARCO ALCARAZ, aka "Lil Stranger," and an unindicted co-conspirator "tagged" a truck with the ES abbreviation for Eastside Traviesos, "EST."

142.    On or about February 22, 2008, defendant OMAR RAMOS, aka "Sleepy," assaulted J.S. with a fence slat.

143.    On or about February 25, 2008, unindicted co-conspirators carjacked WS member D.S.

144.    On or about February 27, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a confidential informant discussed supplying cocaine to the confidential informant.

145.    On February 28, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a third party discussed a possible source of supply of cocaine to be sold to the confidential informant.

146.    On or about February 28, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and an unindicted co-conspirator met and planned to distribute cocaine.

147.    On or about February 28, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," distributed approximately 27.7 grams of a mixture or substance containing cocaine.

148.    On or about March 3, 2008, an unindicted co-conspirator robbed a student who was walking home from middle school, in order to put in work and gain respect within the ES.

149.    On or about March 11, 2008, an unindicted co-conspirator robbed two students who were walking home from middle school, in order to put in work and gain respect within the ES.

150.    On or about March 21, 2008, an unindicted co-conspirator possessed ES-related drawings at his residence.

151.    On or about March 24, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," drove to the residence of defendant ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator to plan an attack on WS members.

152.    On or about March 24, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," discussed with a confidential informant the assault by WS members on an ES member.

153.    On or about March 24, 2008, defendants CARL SAMUEL FLORES, aka "Lil Kill," and ROBERT MARTINEZ, aka "Lil Bullet," discussed the assault on an ES member.

154.    On or about March 24, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," told a confidential informant of an ES plan to incapacitate a WS member with pepper spray and then to stab him.

155.    On or about March 24, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," showed a confidential informant his (Flores') Murdock spring-action knife.

30

156.   On or about March 24, defendant CARL SAMUEL FLORES, aka "Lil Kill," and a confidential informant discussed how defendant FLORES and another ES member had recently jumped in two new members and that defendant FLORES nearly killed one of the prospects in the process.

157.   On or about March 25, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," told a confidential informant that he (Flores) and another ES member had beat up ES member "Danger" because "Danger" wanted to withdraw from the ES Krazies, and that defendant ROBERT MARTINEZ, aka "Lil Bullet," had called defendant FLORES to say that he (Martinez) had "Danger" cornered in an alley and that he (Martinez) and other ES members and youngsters had beat up "Danger."

158.   On or about March 25, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," and an unindicted co-conspirator discussed an assault on an ES member.

159.   On or about March 25, 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," called a confidential informant to arrange a meeting to discuss a plan to attack WS members.

160.   On or about March 25, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," bought a stun gun to attack WS members.

161.   On or about March 25, 2008, defendant ROBERT MARTINEZ, aka "Lil Kill," and an unindicted co-conspirator demonstrated the use of a dark metal object for striking people.

162.   On or about March 25, 2008, defendant ROBERT MARTINEZ, aka "Lil Kill," and an unindicted co-conspirator discussed retaliating for an attack on an ES member.

31

163. On or about March 25, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," met with defendant ROBERT MARTINEZ, aka "Lil Bullet" and an unindicted co-conspirator to discuss attacking WS members.

164. On or about March 25, 2008, defendants CARL SAMUEL FLORES, aka "Lil Kill," ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator drove from defendant MARTINEZ' residence to an area controlled by the Westside Gang with the intent to kill WS members.

165. On or about March 25, 2008, defendants CARL SAMUEL FLORES, aka "Lil Kill," and ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator possessed an approximately three to four-inch folding knife, an approximately three and one-half inch fixed-blade knife, an approximately four-inch folding knife, and a stun gun.

166. On or about March 28, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," discussed with a confidential informant the kidnaping and torturing of WS members.

167. On or about March 28, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," threatened to kill Santa Barbara Police Officer O.G.

168. On or about March 29, 2008, an unindicted co-conspirator attempted to rob an individual who caught the unindicted co-conspirator in the act of tagging his moniker "Pesadilla," ("Nightmare") on various locations controlled by the Westside Gang, including on a wall at the Westside Boys Club.

169. In or about April 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," made a weapon to be used to attack a WS member.

32

170.  On or about April 1, 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator discussed ES business including the fatal stabbing of L.C.; the sale of narcotics by defendant ISMAEL PARRA, aka "Ishboo;" the attack on a WS member by an unindicted co-conspirators; and a plot to attack a WS member.

171.  On or about April 3, 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," sold a Western Field/Mossberg & Sons (no serial number) lever-action rifle to a confidential informant and stated that he (Martinez) and other ES members had test-fired the rifle into "Franklin from Pennywise," referring to firing the rifle into the Franklin Center from the Pennywise Market.

172.  On or about April 4, 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," and a confidential informant discussed defendant ROBERT MARTINEZ' "bad-ass revolver."

173.  On or about April 8, 2008, an unindicted co-conspirator advised Officer Williams that he possessed pepper spray.

174.  On or about April 10, 2008, defendant CARL SAMUEL FLORES, aka "Lil Kill," told a confidential informant that he (Flores) was putting in work by looking for two WS members who had been targeted for attack by the ES.

175.  On or about April 23, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a confidential informant discussed supplying cocaine to the confidential informant.

176.  On or about April 23, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," met a confidential informant to supply cocaine to the confidential informant.

33

177.    On or about April 23, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," advised a confidential informant that "Dopey" was calling the shots for the ES; and that defendant JESUS MARTINEZ could supply firearms to the confidential informant.

178.    On or about April 23, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and ISMAEL PARRA, aka "Ishboo," met and planned to distribute cocaine.

179.    On or about April 23, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and ISMAEL PARRA, aka "Ishboo," distributed approximately 27.9 grams of a mixture or substance containing cocaine.

180.    On or about April 24, 2008, defendant OCTAVIO MARIN, aka "Lil Tu," possessed a switchblade knife.

181.    On or about May 5, 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," possessed part of a pair of scissors to be used as a weapon.

182.    On or about June 1, 2008, an unindicted co-conspirator advised a third party that defendant ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator had been arrested for killing a "Weaksider."

183.    On or about June 1, 2008, an unindicted co-conspirator advised an unindicted co-conspirator about case strategy regarding the killing of L.C.

184.    On or about June 4, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a confidential informant discussed supplying cocaine to the confidential informant.

34

185.    On or about June 4, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a confidential informant drove to a parking lot near Trader Joe's on Milpas Street in Santa Barbara to meet defendant ISMAEL PARRA, aka "Ishboo," to supply cocaine to the confidential informant.

186.    On or about June 4, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and ISMAEL PARRA, aka "Ishboo," met and planned to distribute cocaine.

187.    On or about June 4, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and ISMAEL PARRA, aka "Ishboo," distributed approximately 27.3 grams of a mixture or substance containing cocaine.

188.    On or about June 9, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a confidential informant discussed supplying cocaine to the confidential informant.

189.    On or about June 10, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," and a confidential informant met to discuss supplying cocaine to the confidential informant.

190.    On or about June 10, 2008, defendant JESUS MARTINEZ, aka "Peke," aka "Pac Man," collected a narcotics debt from an unindicted co-conspirator.

191.    On or about June 10, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and ISMAEL PARRA, aka "Ishboo," met and planned to distribute cocaine.

192.    On or about June 10, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and ISMAEL PARRA, aka "Ishboo," distributed approximately 27 grams of a mixture or substance containing cocaine.

193.   On or about June 10, 2008, defendants JESUS MARTINEZ, aka "Peke," aka "Pac Man," and ISMAEL PARRA, aka "Ishboo," distributed approximately 55.5 grams of a mixture or substance containing cocaine.

194.   On or about June 25, 2008, an unindicted co-conspirator told another unindicted co-conspirator about "paperwork" on an individual who had informed against the ES.

195.   On or about June 27, 2008, defendant ROBERT MARTINEZ, aka "Lil Bullet," and an unindicted co-conspirator discussed a confidential informant who was involved in gathering evidence against the ES.

196.   On or about July 3, 2008, defendant JOSE GONZALEZ, JR., aka "Scrappy," possessed binoculars and walkie talkies.

197.   On or about July 10, 2008, an unindicted co-conspirator prepared a flyer for a meeting of the ES.

198.   On or about August 28, 2008, defendants JESUS MARTINEZ, aka "Peke," and JOSE GONZALEZ, JR., aka "Scrappy," and unindicted co-conspirators attended a preliminary hearing of other ES members, during which an unindicted co-conspirator attempted to intimidate a government witness by making a "slashing" gesture across his throat while the witness was testifying.

199.   On or about September 2, 2008, defendants ISMAEL PARRA, aka "Ishboo," JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and MIGUEL PARRA, aka "Tripps," met and planned to distribute cocaine.

200.   On or about September 2, 2008, defendants ISMAEL PARRA, aka "Ishboo," JESUS MARTINEZ, aka "Peke," aka "Lil Pac

36

1  Man," and MIGUEL PARRA, aka "Tripps," distributed approximately
2  25 grams of powder cocaine.

3      201.    On or about September 2, 2008, defendant JESUS
4  MARTINEZ, aka "Peke," aka "Lil Pac Man," distributed
5  approximately 24.7 grams of heroin.

6      202.    On or about September 18, 2008, defendant JESUS
7  MARTINEZ, aka "Peke," aka "Lil Pac Man," distributed
8  approximately 124.2 grams of heroin.

9      203.    On or about September 27, 2008, defendant SEBASTIAN
10  MARTINEZ COVARRUBIAS, aka "Sebass," aka "Sebos," made and
11  possessed Molotov cocktails and a .22 caliber rifle.

12      204.    On or about September 27, 2008, an unindicted co-
13  conspirator and defendant SEBASTIAN MARTINEZ COVARRUBIAS, aka
14  "Sebass," aka "Sebos," were involved in a fight with WS members
15  where the unindicted co-conspirator threw a Molotov cocktail at
16  WS members.

17      205.    On or about September 26, 2008, defendant JESUS
18  MARTINEZ attempted to kill A.F. and J.C. with a .22 caliber
19  rifle.

20  All in violation of Title 18, United States Code, Section
21  1962(d).

22

23

24

25

26

27

28

NOTICE of SPECIAL SENTENCING FACTORS REGARDING COUNT ONE

Number 1: Attempted Murder of C.N.

On or about August 25, 2005, in Santa Barbara County, within the Central District of California, defendants FRANCISCO ALCARAZ, aka "Stranger," IVAN QUEZADA, aka "Pac Man," and JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," unlawfully, willfully, deliberately, and with premeditation attempted to kill with malice aforethought C.N. and did aid and abet, encourage, and otherwise participate in the attempted murder of C.N. in violation of California Penal Code, Sections 21a, 31, 187, 189, and 664.

Number 2: Attempted Murder of J.W.D.

On or about April 13, 2006, in Santa Barbara County, within the Central District of California, defendants JOSE CAMPOVERDE, aka "Big Boy," JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ARIEL RANGEL COLON, JR., aka "Huero," unlawfully, willfully, deliberately, and with premeditation attempted to kill with malice aforethought J.W.D. and did aid and abet, encourage, and otherwise participate in the attempted murder of J.W.D. in violation of California Penal Code, Sections 21a, 31, 187, 189, and 664.

Number 3: Attempted Murder of R.O.

On or about June 28, 2007, in Santa Barbara County, within the Central District of California, defendant OMAR RAMOS, aka "Sleepy," and others known and unknown to the Grand Jury, unlawfully, willfully, deliberately, and with premeditation attempted to kill with malice aforethought R.O. and did aid and abet, encourage, and otherwise participate in the attempted

1  murder of R.O. in violation of California Penal Code, Sections
2  21a, 31, 187, 189, and 664.
3  Number 4: Attempted Murder of M.M. and A.M.
4        On or about November 12, 2007, in Santa Barbara County,
5  within the Central District of California, defendant XAVIER JESUS
6  ALVAREZ, aka "Malo," and others known and unknown to the Grand
7  Jury, unlawfully, willfully, deliberately, and with premeditation
8  attempted to kill with malice aforethought M.M. and A.M. and did
9  aid and abet, encourage, and otherwise participate in the
10  attempted murder of M.M. and A.M. in violation of California
11  Penal Code, Sections 21a, 31, 187, 189, and 664.
12  Number 5: Conspiracy to Murder A.A.-R.
13        On or about November 12, 2007, in Santa Barbara County,
14  within the Central District of California, defendants ROBERTO
15  AREBALO AMADOR, aka "Lil Oso," and OMAR RAMOS, aka "Sleepy," and
16  others known and unknown to the Grand Jury, unlawfully,
17  willfully, deliberately, and with premeditation conspired to kill
18  with malice aforethought A.A.-R. in violation of California Penal
19  Code, Sections 21, 182, 187 and 189.
20  Number 6: Attempted Murder of A.F. and J.C.
21        On or about September 26, 2008, in Santa Barbara County,
22  within the Central District of California, defendant JESUS
23  MARTINEZ, aka "Peke," aka "Lil Pac Man," and others known and
24  unknown to the Grand Jury, unlawfully, willfully, deliberately,
25  and with premeditation attempted to kill with malice aforethought
26  A.F. and J.C. and did aid and abet, encourage, and otherwise
27  participate in the attempted murder of A.F. and J.C. in violation
28  of California Penal Code, Sections 21a, 31, 187, 189, and 664.

COUNT TWO

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(5)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations of Count One, and the Overt Acts of Count One, are hereby incorporated and re-alleged as though fully set forth herein.

2.    At all times relevant to this Indictment, the Eastside Gang, as more fully described in Paragraphs One through Fourteen, inclusive, of Count One of this Indictment, which are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), namely the Eastside Gang, that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

3.    At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving murder and robbery in violation of the California Penal Code and narcotics trafficking in violation of Title 21, United States Code, Sections 841 and 846.

4.    On or about August 2, 2004, in the Central District of California, defendants HUMBERTO OLVERA, aka "Danger," aka "Beto," ALFREDO ORNELAS, aka "Capone," and others known and unknown to

40

the Grand Jury, for the purpose of maintaining and increasing

position in the Eastside Gang, an enterprise engaged in

racketeering activity, did unlawfully and knowingly conspired to

murder A.M. and B.R., in violation of California Penal Code

Sections 182 and 187, all in violation of Title 18, United States

Code, Section 1959(a)(5).

41

COUNT THREE

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(5)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about August 2, 2004, in the Central District of California, defendants HUMBERTO OLVERA, aka "Danger," aka "Beto," ALFREDO ORNELAS, aka "Capone," and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did unlawfully, unlawfully and knowingly attempted to murder A.M. and B.R., in violation of California Penal Code, Sections 21a, 31, 664, 187, and 189, all in violation of Title 18, United States Code, Section 1959(a)(5).

COUNT FOUR

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(5)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about May 27, 2005, in the Central District of California, defendant BRIAN JASSO ORTIZ, aka "Villain," for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did unlawfully and knowingly attempt to murder J.S., in violation of California Penal Code, Sections 21a, 31, 664, 187, and 189, all in violation of Title 18, United States Code, Section 1959(a)(5).

COUNT FIVE

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(3)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about August 25, 2005, in the Central District of California, defendants FRANCISCO ANTHONY ALCARAZ, aka "Stranger," IVAN QUEZADA, aka "Pac Man," and JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault C.N. and J.P.L. with a dangerous weapon, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

44

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT SIX

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)(3)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about April 13, 2006, in the Central District of California, defendants JOSE CAMPOVERDE, aka "Big Boy, JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ARIEL RANGEL COLON, JR., aka "Huero," for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault J.W.D. with a dangerous weapon, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT SEVEN

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(3)]

1.      Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.      On or about May 30, 2007, in the Central District of California, defendant EDWIN ORLANDO BAY, for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault A.M.D. with a dangerous weapon, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT EIGHT

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(3)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about June 28, 2007, in the Central District of California, defendant OMAR RAMOS, aka "Sleepy," and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault R.O. with a dangerous weapon, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT NINE

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(3)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about November 12, 2007, in the Central District of California, defendants XAVIER JESUS ALVAREZ, aka "Malo," and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault M.M. and A.M. with a dangerous weapon, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT TEN

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(3)]

1.    Paragraphs One through Fourteen, inclusive, of the
General Allegations and the Overt Acts of Count One, and
paragraphs Two and Three of Count Two, are hereby incorporated
and re-alleged as though fully set forth herein.

2.    On or about November 12, 2007, in the Central District
of California, defendants ROBERTO AREBALO AMADOR, aka "Lil Oso,"
OMAR RAMOS, aka "Sleepy," and JOSE PEDRO ZAVALA, aka, "Looney,"
aka "Shy," and others known and unknown to the Grand Jury, for
the purpose of maintaining and increasing position in the
Eastside Gang, an enterprise engaged in racketeering activity,
did assault A.A.-R. with a dangerous weapon, in violation of
California Penal Code Section 245(a)(1), all in violation of
Title 18, United States Code, Section 1959(a)(3).

COUNT ELEVEN

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)(3)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about November 15, 2007, in the Central District of California, defendants ENRIQUE MORAN, aka "Silent," and OCTAVIO MARIN, aka "Lil Tu," and others known and unknown to the Grand Juryfor the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault John Doe with a dangerous weapon, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT TWELVE

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(3)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about September 26, 2008, in the Central District of California, defendant JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man, and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault A.F. and J.C. with a dangerous weapon, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT THIRTEEN

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)(3)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about September 26, 2008, in the Central District of California, defendants SEBASTIAN MARTINEZ COVARRUBIAS, aka "Seabass," aka "Sebos," and ALEJANDRO GONZALEZ, aka "Stilo," and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, did assault and John Doe with a dangerous weapon, namely, a Molotov cocktail, in violation of California Penal Code Section 245(a)(1), all in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT FOURTEEN

(Violent Crime in Aid of Racketeering)

[18 U.S.C. § 1959(a)·(5)]

1.    Paragraphs One through Fourteen, inclusive, of the General Allegations and the Overt Acts of Count One, and paragraphs Two and Three of Count Two, are hereby incorporated and re-alleged as though fully set forth herein.

2.    On or about September 26, 2008, in the Central District of California, defendants SEBASTIAN MARTINEZ COVARRUBIAS, aka "Seabass," aka "Sebos," and ALEJANDRO GONZALEZ, aka "Stilo," and others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the Eastside Gang, an enterprise engaged in racketeering activity, unlawfully and knowingly attempted to murder John Doe, in violation of California Penal Code, Sections 21a, 31, 664, 187, and 189, all in violation of Title 18, United States Code, Section 1959(a)(5).

COUNT FIFTEEN

(Discharge of a Firearm During and

in Relation to a Crime of Violence)

[18 U.S.C. § 924(c)(1)(A)(iii)

On or about September 26, 2008, in Santa Barbara County, within the Central District of California, defendant JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," knowingly discharged a firearm, namely, a .22 caliber rifle, during and in relation to a crime of violence, namely, violent crime in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(3), as charged in Count Thirteen.

COUNT SIXTEEN

(Possession with Intent to Distribute Methamphetamine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii)]

On or about August 2, 2005, in Santa Barbara County, within the Central District of California, defendant MARTIN MENDEZ, aka "Lil Shy Boy," knowingly and intentionally possessed with the intent to distribute more than five grams, namely, approximately 16 grams, of actual methamphetamine, a schedule II controlled substance.

COUNT SEVENTEEN

(Possession with Intent to Distribute Methamphetamine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about October 20, 2005, in Santa Barbara County, within the Central District of California, defendant MARTIN MENDEZ, aka "Lil Shy Boy," knowingly and intentionally possessed with the intent to distribute approximately 3.9 grams of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

COUNT EIGHTEEN

(Conspiracy to Distribute Cocaine)

[21 U.S.C. § 846]

1.    Paragraphs One through Sixteen of the General Allegations of Count One are hereby incorporated and re-alleged as though fully set forth herein.

A.    OBJECT OF THE CONSPIRACY

2.    Beginning on a date unknown, and continuing to on or about October 8, 2008, in Santa Barbara County, within the Central District of California, and elsewhere, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," ROBERT MARTINEZ, aka "Lil Bullet," and ELSON LEYVA TAPIA, aka "Yuyo," and others known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed with each other to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
      ACCOMPLISHED

The object of the conspiracy was to be accomplished in substance as follows:

1.    Defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ROBERT MARTINEZ, aka "Lil Bullet," and others would obtain cocaine from defendant ELSON LEYVA TAPIA, aka "Yuyo," and other suppliers.

2.    Defendant ELSON LEYVA TAPIA, aka "Yuyo," and others would provide quantities of cocaine for distribution to defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," ROBERT

57

1  MARTINEZ, aka "Lil Bullet," and others known and unknown to the

2  Grand Jury.

3      3.   Defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac

4  Man," and ROBERT MARTINEZ, and others would distribute cocaine in

5  the area controlled by the Eastside Gang.

6      4.   Defendant JESUS MARTINEZ, aka "Peke," aka "Lil Pac

7  Man," and others known and unknown to the Grand Jury would

8  recruit juveniles and direct their initiation into the Eastside

9  Gang in order to assist in the distribution of narcotics and

10 other Eastside gang-related activities.

11 C.  OVERT ACTS

12     In furtherance of the conspiracy, and to accomplish the

13 objects of the conspiracy, defendants JESUS MARTINEZ, aka "Peke,"

14 aka "Lil Pac Man," ROBERT MARTINEZ, aka "Lil Bullet," and ELSON

15 LEYVA TAPIA, aka "Yuyo," and others known and unknown to the

16 Grand Jury, committed various overt acts, within the Central

17 District of California and elsewhere, including each of the overt

18 acts alleged in Count One and hereby incorporated by reference,

19 on or about the dates specified therein.

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT NINETEEN

(Possession with Intent to Distribute Cocaine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about January 31, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ELSON LEYVA TAPIA, aka "Yuyo," knowingly and intentionally possessed with the intent to distribute approximately 13.2 grams of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

COUNT TWENTY

(Conspiracy to Distribute Cocaine)

[21 U.S.C. §§ 846]

1.    Paragraphs One through Sixteen of the General Allegations of Count One are hereby incorporated and re-alleged as though fully set forth herein.

A.    <u>OBJECT OF THE CONSPIRACY</u>

2.    Beginning on a date unknown, and continuing to on or about October 8, 2008, in Santa Barbara County, within the Central District of California, and elsewhere, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," ISMAEL PARRA, aka "Ishboo," MIGUEL PARRA, aka "Tripps," and IVAN QUEZADA, aka "Pac Man," and others known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed with each other to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

B.    <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was to be accomplished in substance as follows:

1.    Defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and others known and unknown to the Grand Jury, would obtain cocaine from defendant ISMAEL PARRA, aka "Ishboo," and other suppliers.

2.    Defendant ISMAEL PARRA, aka "Ishboo," and others would provide quantities of cocaine for distribution to defendant JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and others known and unknown to the Grand Jury.

60

3.    Defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and MIGUEL PARRA, aka "Tripps," and others known and unknown to the Grand Jury, would distribute cocaine in the area controlled by the Eastside Gang.

4.    Defendant JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and others known and unknown to the Grand Jury would recruit individuals, including defendants MIGUEL PARRA, aka "Tripps," and IVAN QUEZADA, aka "Pac Man," as well as juveniles, including C.L., involved in the Eastside Gang, in order to assist in the distribution of narcotics.

5.    Defendants ISMAEL PARRA, aka "Ishboo," and MIGUEL PARRA, aka "Tripps," and others would obtain firearms in order to enforce the authority of the Eastside Gang in connection with the distribution of narcotics in the area controlled by the Eastside Gang.

C.    OVERT ACTS

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," ISMAEL PARRA, aka "Ishboo," MIGUEL PARRA, aka "Tripps," and IVAN QUEZADA, aka "Pac Man," and others known and unknown to the Grand Jury, committed various overt acts, within the Central District of California and elsewhere, including each of the overt acts alleged in Count One and hereby incorporated by reference, on or about the dates specified therein.

COUNT TWENTY-ONE

(Possession with Intent to Distribute Cocaine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about February 28, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ISMAEL PARRA, aka "Ishboo," knowingly and intentionally possessed with the intent to distribute approximately 27.7 grams of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

COUNT TWENTY-TWO

(Possession with Intent to Distribute Methamphetamine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)]

On or about April 2, 2008, in Santa Barbara County, within the Central District of California, defendant CARL SAMUEL FLORES, aka "Lil kill," knowingly and intentionally possessed with the intent to distribute at least 50 grams, namely, approximately 112 grams, of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

COUNT TWENTY-THREE

(Possession with Intent to Distribute Cocaine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about April 23, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," ISMAEL PARRA, aka "Ishboo," and IVAN QUEZADA, aka "Pac Man," knowingly and intentionally possessed with the intent to distribute approximately 27.9 grams of a mixture or substance containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance.

COUNT TWENTY-FOUR

(Possession with Intent to Distribute Cocaine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about June 5, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ISMAEL PARRA, aka "Ishboo," knowingly and intentionally possessed with the intent to distribute approximately 27.3 grams of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

COUNT TWENTY-FIVE

(Possession with Intent to Distribute Cocaine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about June 10, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ISMAEL PARRA, aka "Ishboo," knowingly and intentionally possessed with the intent to distribute approximately 55.5 grams of a mixture or substance containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance.

COUNT TWENTY-SIX

(Possession with Intent to Distribute Cocaine)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about September 2, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and ISMAEL PARRA, aka "Ishboo," knowingly and intentionally possessed with the intent to distribute approximately 25 grams of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

COUNT TWENTY-SEVEN

(Possession with Intent to Distribute Heroin)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]

On or about September 2, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and JESSE GARZA PEREZ, aka "Chili Red," knowingly and intentionally possessed with the intent to distribute approximately 24.7 grams of a mixture or substance containing a detectable amount of heroin, a schedule I controlled substance.

## COUNT TWENTY-EIGHT

(Possession with Intent to Distribute Heroin)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)]

On or about September 18, 2008, in Santa Barbara County, within the Central District of California, defendants JESUS MARTINEZ, aka "Peke," aka "Lil Pac Man," and JESSE GARZA PEREZ, aka "Chili Red," knowingly and intentionally possessed with the intent to distribute more than 100 grams, namely, approximately 124.2 grams, of a mixture or substance containing a detectable amount of heroin, a schedule I controlled substance.

COUNT TWENTY-NINE

(Sale of a Firearm to A Prohibited Person)

[18 U.S.C. § 922(d)(1)]

On or about April 2, 2008, in Santa Barbara County, within the Central District of California, defendant ROBERT MARTINEZ, aka "Lil Bullet," intentionally sold and disposed of a firearm, namely, a Western Field, Model 865, .22 caliber lever-action rifle, with no serial number, with such firearm having traveled in and affecting interstate commerce, to C.D., knowing or having reasonable cause to believe that such person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

COUNT THIRTY

(Possession of a Firearm Destructive Device)

[26 U.S.C. § 5861(d)]

On or about September 26, 2008, in Santa Barbara County, within the Central District of California, defendants SEBASTIAN MARTINEZ COVARRUBIAS, aka "Sebass," aka "Sebos," and ALEJANDRO GONZALEZ, aka "Stilo," knowingly possessed a firearm destructive device, namely, a Molotov cocktail, which had not been registered in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

71

COUNT THIRTY-ONE

(Criminal Forfeiture)

[18 U.S.C. § 1963]

1.    The allegations contained in Count One of this Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1963.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to defendants JESUS MARTINEZ, also known as ("aka") "Peke," aka "Lil Pac Man," JOSE CAMPOVERDE, aka "Big Boy," FRANCISCO ANTHONY ALCARAZ, aka "Stranger," PEDRO RENE GARCIA, aka "Oso," ROBERT MARTINEZ, aka "Lil Bullet," CARL SAMUEL FLORES, aka "Lil Kill," IVAN QUEZADA, aka "Pac Man," FERNANDO MARCO ALCARAZ, aka "Lil Stranger," OMAR RAMOS, aka "Sleepy," XAVIER JESUS ALVAREZ, aka "Malo," OCTAVIO MARIN, aka "Lil Tu," JOSHUA ALEXANDER RODRIGUEZ, aka "Sinner," MARTIN MENDEZ, aka "Lil Shy Boy," JOSE GONZALEZ, JR., aka "Scrappy," ELSON LEYVA TAPIA, aka "Yuyo," ISMAEL PARRA, aka "Ishboo," MIGUEL PARRA, aka "Tripps," ROBERTO AREBALO AMADOR, aka "Lil Oso," and SEBASTIAN MARTINEZ COVARRUBIAS, aka "Seabass," aka "Sebos," that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963 in the event of any defendant's conviction under Count One of this Indictment.

2.    Said defendants:

a.    Have acquired and maintained interests, in violation of Title 18, United States Code, Section 1962, which

1   interests are subject to forfeiture to the United States pursuant

2   to Title 18, United States Code, Section 1963(a)(1); and

3         b.   Have property constituting and derived from

4   proceeds that they obtained, directly and indirectly, from

5   racketeering activity in violation of Title 18, United States

6   Code, Section 1962, which property is subject to forfeiture to

7   the United States of America pursuant to Title 18, United States

8   Code, Section 1963(a)(3).

9      3.   The interests of the defendants subject to forfeiture

10   to the United States, pursuant to Title 18, United States Code,

11   Section 1963(a)(1) and (3), include, but are not limited to, at

12   least one hundred thousand dollars ($100,000).

13      4.   If any of the property described herein, as a result of

14   any act or omission of a defendant:

15         a.   Cannot be located upon the exercise of due

16   diligence;

17         b.   Has been transferred or sold to, or disposed with,

18   a third party;

19         c.   Has been placed beyond the jurisdiction of the

20   court;

21         d.   Has been substantially diminished in value; or

22         e.   Has been commingled with other property that

23   cannot be divided without difficulty;

24   the Court shall order the forfeiture of any other property of the

25   defendants up to the value of any property set forth above,

26   pursuant to Title 18, United States Code, Section 1963(m).

27      5.   The above-named defendants, and each of them, are

28

1   jointly and severally liable for the forfeiture obligations as

2   alleged above.

3        All pursuant to Title 18, United States Code, Section 1963.

4                                    A TRUE BILL

5                                    /S/

6                                    FOREPERSON

7

8   THOMAS P. O'BRIEN
    United States Attorney

9   *Christine C Ewell*

10  CHRISTINE C. EWELL
    Assistant United States Attorney

11  Chief, Criminal Division

12  ROBERT E. DUGDALE
    Assistant United States Attorney

13  Chief, Violent & Organized Crime Section

14  MARK AVEIS
    Assistant United States Attorney

15  Cyber & Intellectual Property Crimes Section

16

17

18

19

20

21

22

23

24

25

26

27

28