

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ANTHONY ALCAREZ,<br><br>Defendant. | Case No.  CR 08-1191-GW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On **October 9, 2015**. Defendant Francisco Alcarez appeared before the Court for initial appearance re revocation of supervised release  in the above-referenced matter.  Defendant was represented by Brian Newman from the indigent defense panel who was previously appointed to represent Defendant.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's

Request for Detention.  The Court has also considered the arguments presented by counsel.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒    Lack of sufficient bail resources

☐    Refusal to interview with Pretrial Services

☐    No stable residence or employment

☒    Previous failure to appear or <u>violations of probation, parole, or release</u>

☒    Allegations in petition which include admitted drug use and a conviction for possession of heroin.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒    Nature of previous criminal convictions

☒    Allegations in petition

☒    Substance abuse history

☐    Already in custody on state or federal offense

☐    Currently on probation for possession of controlled substance for sale

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: October 9, 2015

_/s/_

HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE